UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   21-60113-CR-MARRA/VALLE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMED MOKBEL,

    Defendant.

_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

    Respectfully submitted,

    HECTOR DOPICO
    FEDERAL PUBLIC DEFENDER

    By: *s/ M.Caroline McCrae*
    M. Caroline McCrae
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 72164
    250 S Australian Avenue, Suite 400
    West Palm Beach, Florida 33401
    (561) 833-6288 - Telephone
    caroline_mccrae@fd.org – Email

**CERTIFICATE OF SERVICE**

    I HEREBY certify that on November 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                      *s/M. Caroline McCrae*
                       M. Caroline McCrae