UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60113-MARRA/VALLE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMED MOKBEL,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court on a criminal indictment filed in this District on April 13, 2021. [DE 1]. The Defendant has been simultaneously prosecuted in the Southern District of Texas. *United States v. Mokbel*, 4:21-CR-103-1 (S.D. Tex.). Mr. Mokbel was convicted in that case, [TX-DE 325],[1] and he has been remanded into custody in the Southern District of Texas. [TX-DE 392]. Mr. Mokbel's sentencing in Texas was originally scheduled for January 7, 2025, [TX-DE 330], but it has been continued several times since. [TX-DE 352, 371, 372, & 401]. A motion for new trial is still pending in the Southern District of Texas, [TX-DE 362], and the District Court there has deferred consideration of that motion pending the issuance of an opinion by the Ninth Circuit Court of Appeals in *United States v. Miller*, No. 23-3194. [TX-DE 404].

After consideration of the record, it is

---

[1] References to docket entries Mr. Mokbel's case in the Southern District of Texas will be referred to as TX-DE.

**ORDERED and ADJUDGED** that this case shall be administratively closed at this time. The parties may move to reopen the case when Mr. Mokbel becomes available to be brought to this District. This administrative closure shall not affect the parties substantive rights, but shall cause the case to be administratively closed until the case may proceed.

For the reasons stated at the status conference and without objection, the time from today through 30 days after the case is reopened is excluded from the deadline for trial as computed under the Speedy Trial Act. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161 (h)(7).

**DONE and ORDERED** in chambers, in West Palm Beach, Florida, on this 4th day of August, 2025.

KENNETH A. MARRA
United States District Judge

Copies furnished to:
All counsel of record